IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: |
| | ) | |
| | ) | VIOLATION: |
| v. | ) | 40 U.S.C. § 5104(e)(2)(G) |
| | ) | (Parading, Demonstrating, or Picketing in |
| REVA VINCENT, | ) | a Capitol Building) |
| | ) | |
| | ) | |
| Defendant. | ) | |

## INFORMATION

The United States Attorney charges that,

## COUNT ONE

On or about January 6, 2021, in the District of Columbia, Defendant **REVA VINCENT**, willfully and knowingly paraded, demonstrated, and picketed in any United States Capitol Building.

(**Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(G))

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

BY: _____
DIANE G. LUCAS, D.C. Bar. No. 443610
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7724 (Lucas)
Diane.Lucas@usdoj.gov