AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

---

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 22-CR-51 |
| REVA VINCENT | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

REVA VINCENT

Date:    03/28/2022

*Attorney's signature*

GARY S. LOGSDON, KY# 41930
*Printed name and bar number*

PO BOX 382
BROWNSVILLE, KY 42210

*Address*

GARY@GARYLOGSDONLAW.COM
*E-mail address*

(270) 597-2134
*Telephone number*

(270) 968-1465
*FAX number*