IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.: 22-CR-51 (TNM) |
| v. | : | 40 U.S.C. § 5104(e)(2)(G) |
| | : | Parading, Demonstrating, or |
| | : | Picketing in a Capitol Building |
| **REVA VINCENT,** | : | |
| Defendant. | : | |

**STATEMENT OF OFFENSE**

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, REVA VINCENT, with the concurrence of her attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

***The Attack at the U.S. Capitol on January 6, 2021***

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting

in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5. At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6. At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $1.4 million dollars for repairs.

7.      Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### Reva Vincent's Participation in the January 6, 2021, Capitol Riot

8.      The defendant, Reva Vincent, and her husband live in Brownsville, Kentucky. On January 5, 2021, the Vincents drove several other individuals from Kentucky to Washington, D.C. The purpose of the Vincents' trip to Washington, D.C., was to protest Congress' certification of the Electoral College.

9.      Prior to January 6, defendant Reva Vincent posted now-deleted Facebook posts urging individuals to go to Washington, D.C. for January 6, 2021 rally in order to "Stop the Steal." Defendant Reva Vincent, her husband, and the others in their group stayed overnight at a hotel near the U.S. Capitol.

10.     On the morning of January 6, 2021, defendant Reva Vincent and her husband attended the "Stop the Steal" rally at the Ellipse. After attending the rally, the Vincents went back to their hotel for a period of time to rest and have lunch. In the afternoon, the Vincents went with

other protestors towards the grounds of the U.S. Capitol. Defendant Reva Vincent and her husband could hear flash bangs coming from one side of the Capitol and later saw clouds of tear gas.

11. Defendant Reva Vincent and her husband made their way up the stairs onto the area of the U.S. Capitol just outside of the East Rotunda door, which was a restricted area. Using her phone's camera, defendant Reva Vincent recorded the crowd and her movement from outside the U.S. Capitol to inside the U.S. Capitol. In one video, you can hear someone say that the door is opening and Reva yelled in response, "Go, go, go!" "That's our house. Leave our house!" "We want our house!" "Stop the Steal!" Defendant Reva Vincent's husband was in front of his wife while outside of the U.S. Capitol, but he lost her in the crowd. The Rotunda door opened more than once while the Vincents were outside. Defendant Reva Vincent could see people affected by pepper spray. Amongst other things, people coming out of the U.S. Capitol stated, "We stopped the vote."

12. At approximately 3:01 p.m., defendant Reva Vincent entered the U.S. Capitol through the Rotunda door. Defendant Reva Vincent filmed her entry into the U.S. Capitol past two police officers and stated excitedly, "In the door, we're in the door! This is our house, people! This is our house, not their house." "We are inside, people!" "We made it inside!"

13. Defendant Reva Vincent walked straight into the Rotunda and then filmed as she paned her phone's camera around the Rotunda – at one point turning the camera on herself. During filming, defendant Reva Vincent yelled, "This was built with our money, our money, not theirs." "We own this Capitol." "They need to go." After about a minute or two of filming, a phalanx of police officers entered the Rotunda and defendant Reva Vincent stated, "Uh oh, they're in trouble." "Leave our house, we're done with them." After being inside the U.S. Capitol approximately 5 minutes, defendant Reva Vincent left the U.S. Capitol building through the Rotunda door.

14. After leaving the U.S. Capitol, defendant Reva Vincent posted on her now-deleted Facebook account, "Man they shoot [sic] a women [sic] i [sic] wasn't too far behind her." When defendant Reva Vincent was told via a post to "Get out of there!!! Go Home!!!!" Vincent replied, "[H]ell no thats [sic] our house." Defendant Reva Vincent later admitted that she was bragging in the above post and had no personal knowledge of the shooting.

15. Defendant Reva Vincent knew at the time she entered the U.S. Capitol that the building was restricted, she did not have permission to enter the building, and that she paraded, demonstrated, and picketed inside the Capitol.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: _____
DIANE G. LUCAS
Assistant United States Attorney
D.C. Bar No. 443610
555 4th Street NW
Washington, DC 20350
202-252-7724
Diane.Lucas@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

I, REVA VINCENT, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 3/3/22

REVA VINCENT
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 3/3/22

GARY S. LOGSDON
Attorney for Defendant