IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE UNITED STATES OF AMERICA,

        **Plaintiff,**

        **V.**                                **CRIMINAL NO. 22-CR-51**

**REVA VINCENT,**

        **Defendant,**

**DEFENDANT REVA VINCENT'S
MOTION TO RESCHEDULE SENTENCING HEARING
SCHEDULED FOR AUGUST 2, 2022**

Defendant, REVA VINCENT, by and through her undersigned attorney, respectfully moves this Honorable Court to reschedule the Sentencing Hearing currently scheduled for August 2, 2022 at 1000 AM EST and to reschedule the Sentencing Hearing for a date after September 15, 2022 at a date and time convenient for the Court and counsel for the US Attorney assigned this case, the Honorable Diane Lucas.

As grounds for this Motion the Defendant, Reva Vincent cites her health conditions which may require surgical removal and reimplantation of Cochlear Implants all of which is scheduled with her medical providers to occur on and/or after July 27, 2022 but should be completed by August 20, 2022.

WHEREFORE, the Defendant, Reva Vincent, respectfully requests that this Honorable Court grant the foregoing Motion.

Respectfully submitted,

***/s/ Gary S. Logsdon***
Gary S. Logsdon & Associates
 P.O. Box 382
Brownsville, KY 42210
Phone: (270) 597-2134
Fax:    (270) 968-1465
Email: gary@garylogsdonlaw.com

And

Sonja Sahlsten
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW,
Washington, DC 20001-4413

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 20, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

***/s/ Gary S. Logsdon***
Gary S. Logsdon & Associates