Your Honor:

I was reluctant to allow this letter to be used for leniency in my participation on the events of Jan 6th, but since I have known this man and he is a dear friend he wanted his letter to be allowed, his statements are true but I vowed never to use my past as a crutch and is irrelevant to that day. After speaking with someone that asked me "haven't you yelled, screamed, hollered, told the authorities and they never heard you?" I rethought about my life and past, and yes this is true. As a child I did try to make this stop and things change by speaking out, so in that respect I ask of you that you please, hear me.

The road I crossed in Washington that day had officers allowing us to cross the road, if there had been a barrier I would not have crossed it. I have never defied authorities. They are there for a reason. That day I understood that it was ok to be on the property, NO EXCUSE, clearly it was my misunderstanding. When I got onto the grounds there was a line of about 10 officers, on the street not on the steps, by the windows (I did not even know what side I was on) why were they not up in front of the doors? There were people saying "they are allowing us in" again I'm not making excuses just explaining my point of view that day.

I am 5'3 I couldn't see much in front of me, the crowd was obscuring my view. I was relying on what little I could understand and hear at the time.

Yes I said things thinking freedom of speech was ok, clearly the way I said them sounded angry, I am an emotional person and I am not too good with words unfortunately.

I was cheering them on because I thought we could go in. Truly, no excuse, what I said inside was the truth, as I see it, we as taxpayers did pay for that building. We are tired, Sir, very tired of not feeling heard I suppose. Again No excuse, especially upon learning that the meeting was a closed meeting.

There are those that say I am a Trump fanatic. Although I agree with some of his policies I feel that he is loud, obnoxious, rude, and self-absorbed, but I felt that he did stand for THE PEOPLE. People are tired of not feeling heard and this is why I was there mostly because of what happened was unfair to anyone, even Trump, believe me I've been there. Again no excuse.

Since that day I have been threatened to be murdered, raped, tagged as an enemy of the government, called a terrorist of a country that I love, and been removed from lives of those that I thought loved me. My family, husband, children, grandchildren, and my friends have all been mistreated and embarrassed by this as well. I have suffered more than I can put on paper. The federal probation questionnaire opened a door that's been closed for 40 plus years, that is what the recommendation letter from David Chandler speaks of that I am so hesitant to have brought to light. This has been a great stress on all of us that I didn't expect or take into account. I have indeed suffered for my actions that day.

I am so sorry that ANYONE was hurt on that day, I didn't know of what was going on in other places on these grounds. I am sorry for being there, I realize now that I should have went to rally and left for home. Or with the events that happened, not gone at all if I had known what I know now. Hindsight, as they say, is 20/20.

I did not touch, hurt, or destroy anything and would never do these things under any circumstances. I have always tried to stand up for what is right and help others, always without violence.

I ask you today for LENIENCY, and that is all I can ask. I have learned many lessons through this, I wish I could go back and change things. I promise that I have always tried to walk a straight and narrow road and will continue to do so, whatever your decision may be today.

Thank you for your time and all that you do.

Repectfully,

Reva Vincent