```
 1                IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLUMBIA
 2

 3

 4       - - - - - - - - - - - - - - - - )

 5       IN RE:                          *

 6       ███████████████                  *   CASE NO. ████████████

 7                                        *

 8       - - - - - - - - - - - - - - - - )

 9            File: Interview of Reva ████████ Vincent.WAV

10

11

12                           Interview of:

13                           REVA VINCENT

14                      ████████████████

15

16                   Wednesday, January 13, 2021

17

18

19

20

21       APPEARANCES:

22       ████████████████████████████████
23
24
25
```

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15        MS. VINCENT:  I can't tell you what time we
16   arrived up there.  It was after the rally.  We went back to
17   the room, headed up to the Capitol, and my goal at the
18   Capitol was to hear the results.  That's what I went there
19   for.  I wanted to hear what the electoral (ph.) vote
20   results were going to be.  That was what my purpose was
21   there.  We -- there -- you know, we went up there and, of
22   course, we went to the -- what I'm assuming is the back
23   area, because I don't know enough about the Capitol, so I
24   wanna say we were in the back.  So that (indiscernible) --
25                         EXAMINATION

1       BY SPECIAL AGENT ▮▮▮▮:

2       Q.   Okay. In the back, people were saying you were in
3  the back of the building.
4       A.   Yes. Okay, so when we get up there, we're on the
5  ground area, and two women in the group in front of us
6  turned around, just so excited, said, oh my gosh, they're
7  going to hear us, they're letting us in, they're going to
8  talk to us, they're going to let us hear our voice. And
9  we're like -- of course, I was excited, wow, this is great,
10 we're gonna get heard. So that's what made me go up the
11 steps on to the back part of it. That's the reason I went
12 up there because I thought we were being heard.
13      Q.   Okay.
14      A.   So, I mean, but then the crowd, it was massive, it
15 was massive. And (indiscernible) -- of course, when I get
16 into a large group of people like that, voices don't make
17 any sense, it's all mumble-jumble. Of course, lots of
18 screaming, yelling, yays, flags waving. I couldn't tell you
19 how long I was up there, done some filming, excited. All of
20 a sudden there was a --
21      Q.   What were you filming? Just the events? Just the
22 people around?
23      A.   Yeah, yeah, yeah.
24      Q.   Okay.
25      A.   In front -- mostly in front of me and around me,

1  because you couldn't, you couldn't turn, it was --

2      Q.   It was that tight?

3      A.   Yes. And -- all of it? You want it all?

4

5

6

7

8

9

10      MS. VINCENT:  Of course, my wonderful post on

11  Facebook made it look all bad, but I was not there to do

12  anything other than let my voice be heard. That's it. The

13  crowd got so --

14      BY SPECIAL AGENT ▉:

15      Q.   When you say you wanted your voice to be heard,

16  can you explain that? You wanted --

17      A.   Well --

18      Q.   -- like, Congress to come out and listen?

19      A.   Yes, yes, Congress. When we were on the bottom,

20  and they said that, we actually believed we were going to

21  get to go in and them hear us. I honestly --

22      Q.   So, go on --

23      A.   I honestly believed that.

24      Q.   -- go onto the chamber floors and have a

25  discussion with the members of Congress?

1   A.   Yes.  Yes.  Yes.  And we -- and I was -- and
2   thrilled that, hey, they're gonna actually look at us and
3   say, hey, you know, we want to hear you.  That was where --
4   that's the only reason I went up there.
5
6
7
8
9
10
11        MS. VINCENT:  Okay.  I got -- I was in there, and
12  I was seriously crushing -- I don't -- and this is the
13  honest to God's truth, I don't know what happened, but
14  something was going on up front.  And all of a sudden, I'm
15  so crushed, I don't -- I can hardly breathe, and I'm
16  freaking out, and I'm screaming, move, move.  Next thing I
17  know, there's the door, and I'm in.
18        SPECIAL AGENT ▮▮▮:  Okay.
19        MS. VINCENT:  Okay.  There was policemen on both
20  sides of that -- inside that door.  Everybody was going in,
21  and I got shoved in there, and I was like, oh my gosh,
22  because it scared me.  It scared me real bad because I was
23  being crushed so bad.  I lost contact with anyone around me,
24  and I went in and next thing I know there's the, what do you
25  call it?  The rotunda?  Is that what it's called, the big

```
 1  round area?
 2              BY SPECIAL AGENT ███:
 3       Q.   The dome area?  Yeah.
 4       A.   Yeah.  And I roll -- because I'm like, freaking
 5  out here, I'm inside.  I did hold my camera up to film a
 6  little bit because I was floored at where I was at.  But I
 7  did a scan, because I didn't know where my husband was, with
 8  my eyes, not -- I didn't walk around --
 9       Q.   Yep.
10       A.   -- didn't do anything.  I did a scan with my eyes.
11  I did not see him, so I went back out the door.
12       Q.   The same way you came in?
13       A.   I -- yes.  (Indiscernible.)
14       Q.   Okay.
15       A.   It was difficult even getting out because of the
16  people coming in.  I didn't touch anything, I didn't do
17  anything, I went in that door and right back out it.  I
18  guarantee you, if you got film anywhere, you'll see that
19  I'm -- I couldn't have been in there more than three, four
20  minutes.
21
22
23
24
25
```



1      A.   Yes.

2      Q.   Yes?

3      A.   They were open.

4      Q.   They were open when you got to them.  You said you
5 saw a police on both sides -- policemen on both sides?

6      A.   Yes.  Yes.

7      Q.   Were they standing there?  What were they doing?

8      A.   They were just standing there.

9      Q.   Was there a lot?  How many policemen would you
10 estimate?

11     A.   Oh, God, I didn't, I didn't really pay attention.
12 Honestly, I couldn't tell you.

13     Q.   So, like, less than ten?

14     A.   Yeah, I would say less than ten.  Maybe.

15     Q.   Okay.

16     A.   I don't know --

17     Q.   So, okay, so not -- I'm sure there was a lot of
18 people there.  I know, you got a lot --

19     A.   Yes.

20     Q.   -- a lot in your brain, you know, with sorting all
21 that out.  But you did remember there being policemen there?

22     A.   Yes.

23     Q.   Did it seem like the policemen were being
24 attacked?

25     A.   No, no, not at all.  There were -- on my way out,

1   there were people taking pictures with the policemen.
2       Q.   Yeah.  Taking, like, selfie pictures with
3   policemen?
4       A.   Yes.
5       Q.   Wow.  Well, I guess in that way, in that way there
6   was no conflicts, or no violence being done with -- between
7   whoever entered the building and the policemen who were
8   already there.  It didn't seem violent in that, at that
9   door.
10      A.   I did not visually see any of that
11  (indiscernible).



15

1 █████████████████████████████████████████
2 █████████████████████████████████████████
3 █████████████████████████████████████████
4 █████████████████████████████████████████
5 █████████████████████████████████████████

6   Q.   And at that location, you witnessed no violence?

7   A.   No.

8   Q.   Okay.

9   A.   No, I just know that the crowd seemed to be
10  overexcited, but I did not see -- physically see any
11  violence.  I did not.  So --

12 █████████████████████████████████████████
13 █████████████████████████████████████████
14 █████████████████████████████████████████
15 █████████████████████████████████████████
16 █████████████████████████████████████████
17 █████████████████████████████████████████
18 █████████████████████████████████████████
19 █████████████████████████████████████████
20 █████████████████████████████████████████
21 █████████████████████████████████████████
22 █████████████████████████████████████████
23 █████████████████████████████████████████
24 █████████████████████████████████████████
25 █████████████████████████████████████████

1     A.    I got banned from Facebook for three days and
2  could not get that off of there.  And that's okay, it's my
3  fault, I own it.  There was somebody, after I had came down.
4  Now this is after I left that door and went back down those
5  steps to find my people.
6     Q.    Uh-huh.
7     A.    Said that woman got shot right there and they
8  pointed right up there in front of me.  That is why I made
9  that post.
10    Q.    Okay, so after you left the building --
11    A.    I did not even know about it until then.
12    Q.    -- you heard that a girl was shot?
13    A.    He said --
14    Q.    Did you ever see her?
15    A.    No, no, no.
16    Q.    So, people were kind of pointing to an area, but
17 you didn't actually get to see who was shot?
18    A.    No, no, no.
19    Q.    What else were they saying --
20    A.    No, I did not --
21    Q.    -- about that?  Because that part's really
22 interesting for me.  What else did you hear?
23    A.    They -- he just -- he was just walking by.  He
24 said, man, they shot that girl up there, and pointed in
25 front of us.

```
 1         Q.   Towards the Capitol Building?  Yeah?
 2         A.   Yes, toward the Capitol.  I was away from the
 3    Capitol.
 4         Q.   Uh-huh.  Okay.  So, you heard about that, and
 5    that's where you made the Facebook post.
 6         A.   Yes, and that was so stupid.
 7         Q.   Okay.
 8         A.   Stupid.
 9    ███████████████████████████████████████████████████████
10    ███████████████████████████████████████████████████████
11    ███████████████████████████████████████████████████████
12    ███████████████████████████████████████████████████████
13    ███████████████████████████████████████████████████████
14    ███████████████████████████████████████████████████████
15    ███████████████████████████████████████████████████████
16    ███████████████████████████████████████████████████████
17    ███████████████████████████████████████████████████████
18    ███████████████████████████████████████████████████████
19    ███████████████████████████████████████████████████████
20    ███████████████████████████████████████████████████████
21    ███████████████████████████████████████████████████████
22    ███████████████████████████████████████████████████████
23    ███████████████████████████████████████████████████████
24    ███████████████████████████████████████████████████████
25    ███████████████████████████████████████████████████████
```

1
2
3
4
5
6
7
8
9
10
11
12

13    A.   When I got inside that area, I was looking for my
14 husband because I didn't know where he was at. I was just
15 scanning around with my eyes. But there were -- I did see
16 officers at one doorway and at another. So, I just took it
17 upon myself thinking, well, I guess we can't go in. So, I
18 left.
19    Q.   You saw officers in front of the Congress
20 doorways.
21    A.   I don't know what Congress doorways are.
22    Q.   You know what, I haven't been in either. So, you
23 and me both.
24    A.   I have no idea.
25    Q.   Yeah.

1
2
3
4
5
6
7
8
9
10          MS. VINCENT:  I deleted photos and video.
11          BY SPECIAL AGENT ▓▓▓▓:
12     Q.   Okay.
13     A.   Because I had people telling me bad things.  So, I
14  thought -- it's not that I was trying to hide anything
15  'cause you know I was there.  I know you know I was there.
16     Q.   Yeah, yeah.
17     A.   Everybody knew I was there.
18
19
20
21
22
23
24
25