**Exhibit B**
**Facebook Posts Referenced in Memorandum in Aid of Sentencing**

Page 5 –

Time 2020-12-01 02:53:22 UTC Message A LAST WARNING TO THE LEFT IN AMERICA Dear Leftist/Progressive, Your life is in 277 / 3.967 Facebook Business Record Page 278 severe danger. That wasn't a threat: It's a fact. It's a fact that I am taking this time to warn you of because a God you probably don't believe in loves you. You should keep reading because below you will find instructions on how to save your own life. ------- The first thing you need to do for your own safety will require some study. Since you don't even agree to disagree anymore, I certainly don't expect you to ever agree with this information. But you need to understand it. Urgently. 1. You need to research and understand what The Founders of America believed in and how they saw the world. Again, I won't ask you to agree with their views but you need to understand their views for your own safety. 2. You also need to research and understand the difference between a Republic and a Democracy. 3. You need to research and understand The United States Constitution, the Bill of Rights and the Declaration of Independence. 4. You need to research and study how exactly this country became independent in the first place, and you need to research and study how often it is that history repeats itself. WHY THIS STUDY AND WHY IS IT SO URGENT You need to gain a deep understanding of the founding principles of THE COUNTRY YOU ARE TRYING TO CHANGE, because you have awakened a ferocious sleeping giant. As a "progressive" you need to understand WHAT it is that you are trying to progress away from. Everyone understands that YOU want to change this country hence this warning: If it conflicts with the Founding Principles of this country it ain't gonna happen. WHY YOUR LIFE IS IN DANGER NOW There have always been "Progressives" in America. There have always been those who wish to abandon Founding Principles in favor of some other way of life. Thanks to the unprecedented greatness of America, up until now Progressives used to be perfectly free to safely disagree with the very Principles which gave them the right to safely disagree in the first place. But not anymore. Progressives used to be safe to disagree, but you aren't anymore, so what changed? You see, we used to have civilized processes in this country which served the purpose of peacefully resolving disagreements and conflicts. Thanks to the civilized processes we used to have, progressives and those who prefer the more traditional American way were able to get through disagreements and conflicts without any bloodshed. It was a beautiful thing: Everyone could openly express how they felt and believed and there would always be peaceful resolution. Even if it meant folks agreeing to disagree with each other we could always count on there being peaceful resolution. They were great times. Some examples of the civilized processes we used to have, which used to do a great job of peacefully resolving disagreements and conflicts are: -Freedom of speech -The Courts And a REALLY big one: -Elections All those wonderful processes of peaceful resolution are gone now. You have "progressed" them all into complete uselessness. You don't want freedom of speech and freedom of the press to reign,

instead you have chosen to censor, block and ban. You don't want to have any more actual discussions, instead you seek to silence all who disagree. You don't want courts which are effective in actually resolving any conflict between any differing sides, instead you want partisan human rubber stamps on your benches who are more concerned with activism than they are with justice. You don't want actual elections which actually give us four more years of actual peace, instead you just want to take power by any means necessary even if it means stealing the sacred right to meaningfully vote from over half the country. You don't want real Law Enforcement and real laws to maintain any real peace, instead you want chaos and no opposition to your chaos and law enforcement which magically appears only when YOU want to dial 911. Someone should have told you to, "Be careful what you wish for" and if someone tried you should have listened because all peaceful process is dead in this country now. You killed all of it. You "progressed" all civility and all morality and all basic decency right into the ground. It is quite the bed you have tried to make for America, and now you're going to sleep in that bed alone as your real nightmare begins. The Silent Majority has never loved your "Progressivism", but we were willing to agree to disagree. Many if not most traditional Americans have deeply resented your "Progressivism" for a very long time, but we chose to coexist. But you have chosen not to coexist as you have tried to cancel and censor everything and everyone you've failed to coopt. You tried to force your progressivism upon America against its will, and now the traditions of the greatest country and culture in human 278 / 3.967 Facebook Business Record Page 279 history will haunt you like the ghosts of its Founders and every soldier who ever died for it. In a sneak attack of cowards you tried to slowly erode the traditions and culture of America by indoctrinating school children with your "Progress" and you tried to erase our monuments so that American kids will never ask, "Who is that mystery man and what did he stand for?", because you don't want them to ever ask "why is there a statue of someone not mentioned in my school books?", because then Marx forbid they might find out that Americans used to be free. You have targeted and used people as you have ripped off old scabs and have poured salt in the most painful of wounds, just so you could point at those who stop your "progress" and say, "ALL of your pain is THEIR fault!" when nothing could be further from the truth. You say, "Destroy THEM for us and we will give you all of their stuff!" along with endless other promises you will never keep. You have, with High Treason, used medical terrorism to terrify people so you could shutdown and lockdown to destroy businesses and try to make America too weak and too poor to resist your Global Communist masters, as you open the back door to their evil and roll out the red carpet for the global economic tyranny which OUR President whom WE chose in 2016 (and again in 2020) already said NO to. ---------- I could go on, for a very long time, as listing out all of your evil would be like War & Peace minus the peace, so I'll conclude... SUMMARY/CONCLUSION You have "progressed" yourselves into a place infinitely more dangerous than standing between a mama bear and its cubs: You are standing between Americans and their freedom. And you need to run, not walk, away from where you are standing. You need to stop talking the hate you've been talking as you shout, "No borders, no walls, no America at all". Your marching with, "Death To America" is now acknowledged for what it is: A declaration of war by YOU upon America. As you've simultaneously destroyed all civilized processes of peaceful resolution in this country. Those were very bad ideas. YOU are a bad idea. The real America doesn't like you and never has. The real America doesn't start fights...but has a very long history of ending fights. The real America has combat veterans who

came back from fighting for freedom only to be told they must wear a muzzle (aka mask) and can't leave their homes at night, due to a "virus" which people need a test to even know they have it, and which doesn't kill anyone who isn't already 99% dead even it they do "have it". The real America is tired of being TREAD ON and doesn't have much left to lose besides ammo. And you went and disrespected every law enforcement officer in the country and then added injury to insult by defunding them. And you'll NEVER again be able to successfully claim that, "Americans have no legitimate purpose for assault rifles" as you've burned cities and countless businesses halfway to the ground...while simultaneously Defunding the same police your Leftist gods have always said will handle the every self-protection need Americans have. The biggest thing you've achieved in 2020, is you've finally awoken the real America up to why The Founding Fathers of America immediately followed the 1st Amendment with the 2nd. And there are many millions of Americans who truly would much rather die on their feet than live on their knees. So you "Progressives" have a choice to make: STOP your "progress" or it will be stopped for you. SHUT your mouths like you tried to shut ours, before you cause the Sleeping Giant you've awoken to snap. Because while you may have plugged your ears to opposing views and made a mockery of the 1st Amendment in order to do that: The 2nd Amendment doesn't care if you're listening. And you can't buy ammo with EBT. (Page 277)

Page 5 –

46. Time 2020-12-17 12:32:45 UTC Type Comments Summary Reva Vincent commented on a post from December 16, 2020. `This is a traitor and he needs to be dealt with along with 100s in congress lets bypass the courts and do what needs to be done ...take them ALL out` Object Id S:_l1573905558:731771177456675:5 (Page 407)

Page 5-6 –

10. Time 2020-12-31 21:35:57 UTC Message How did we get here ? Well I know on my part I feel alseep I know that we the people wasn't awake we the people didn't watch and learn what was happening congress has decided they know whats best for us congress decides what we do ,where we go ,when we work, when we worship , when our kids go to school what they learn and its all out fault we fell to be alert we fail to say NO but there is one way to stop this , WE THE PEOPLE SAY NO MORE and that will be on January 6th 2021 if you can go please be there we need all we can get. Side note I am not going to DC for ME I am going for my GRANDKIDS ,GREAT GRANDKIDS, and all others that come after me if we don't STAND and yes this is the last one they will live in a much worse country WE MUST STAND NOW . (Page 285)

Page 6 –

90. Author Reva Vincent (Facebook: 1573905558) Sent 2020-12-31 13:07:04 UTC Body Just so u know the 6th won't be a protest or rally its to remove congress period we there till they leave its not being announced due to resistance eyes going to be biblical (Page 1974)

Page 6 –

91. Author Reva Vincent (Facebook: 1573905558) Sent 2020-12-31 13:13:52 UTC Body Oh I will and we aint leaving till they gone (Page 1975)

Time 2021-01-06 21:08:38 UTC Type Comments Summary Reva Vincent replied to a comment. `@[100000210905898:2048: ▮▮▮▮▮▮▮▮ i will DIE FOR MY FREEDOM ` (Page 334)

Page 6 –

32. Time 2021-01-01 19:27:40 UTC Type Comments Summary Reva Vincent replied to a comment. `No show up to TAKE BACK OUR HOUSE AND FIRE CONGRESS` Object Id S:_l1573905558:3335844039858079:105 (Page 352)

Page 6 –

65. Author Reva Vincent (Facebook: 1573905558) Sent 2021-01-05 01:55:28 UTC Body Done with those crooks they got to go i be first in door 🚪 rest will follow if I am taken out we have a plan (Page 1373)

Page 6 –

36. Time 2021-01-01 03:58:33 UTC Type Comments Summary Reva Vincent replied to a comment. `Uh if your in Washington Jan 6th we walk in and make them LEAVE period` Object Id S:_l1573905558:3335844039858079:85 (Page 354)

Page 9



Page 10 –



Page 10 –



Page 10 –

13. Time 2021-01-11 14:31:35 UTC Message ATTENTION: I MISSPOKE When I made the post about a women in front of me getting shot I misspoke about location someone pointed in front of me and said they just shot her so I didn't clarify before making that post THAT'S ON ME I OWN IT I was on the other side of the capital not in her location. That being said THE DOORS WERE OPEN if we wanted to go in we could officers were allowing people in . Those of you whom decided we were doing things that we didn't do and make us out to be bad guys well your time is coming and as far as the FBI lol I have no fear I did nothing wrong to fear them or law I have always respected our police and most military some I can no longer but thats another story I will continue to stand for my constitution and my rights if that's wrong then so be it , if you don't like what I stand for then leave my page but I will not live in fear ( if you don't like having freedom please move to China or North Korea) then complain about what we stand for and as far as being there I WAS THERE AND DAM PROUD OF IT I will stand for what I believe as most are allowed to ,but not for long if we dont do something to get back what we use to have I don't run and I dont hide it and if you want to speak on the matter to me dont hide on Facebook COME TO MY FACE and say it . Now whomever has screenshot all my post amd send out I am coming at you THE LEAGAL WAY your not playing nice and when we don't play nice it usually COST you and it will . So yall habe a wonderful day with this and know this you don't affect me you don't hurt me cause the people that know me know your LIERS so thers that . (Page 296)